

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 1 0 2006 ★
BROOKLYN OFFICE

U.S. Department of Justice

Federal Bureau of Prisons
U.S. Medical Center for Federal Prisoners
1900 West Sunshine

Springfield, MO 65807

December 23, 2005

Honorable Jack B. Weinstein
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

RE: GIGANTE, Vincent
Reg. No. 26071-037
Docket No. CR93-368

Dear Judge Weinstein:

This letter is to inform you the above-named patient died on December 19, 2005, at 5:15 a.m. at the U.S. Medical Center for Federal Prisoners, Springfield, Missouri. The cause of his death is unknown pending autopsy results.

Mr. Gigante was sentenced in your Court on December 18, 1997, to a 12-year term for two counts of Racketeering, Conspiracy to Commit Murder in Aid of Racketeering, Conspiracy to Commit Extortion and Conspiracy to Make Labor Payoffs.

If you need any additional information, please do not hesitate to contact me.

Sincerely,

Robert E. McFadden
Warden

cc:   United States Attorney
      United States Probation Officer
      North Central Regional Office
      Central File